NEVA SMITH, *Appellee*, v. THE METROPOLITAN STREET
RAILWAY COMPANY, *Appellant*.

No. 17,557.

Appeal from Wyandotte district court, division
No. 1.   Opinion filed April 6, 1912.   Affirmed.

*O. L. Miller*, and *C. A. Miller*, for the appellant;
*Samuel Maher*, of counsel.

*Thomas A. Pollock*, and *Edward C. Little*, for the
appellee.

*Per Curiam:* The plaintiff claimed she attempted to board a
standing car. The defendant claimed the injury did not happen
that way, 'but that she attempted to board a moving car. The
allegation of the answer was that the plaintiff "thereby caused"
any injury she may have received. Of course proximate cause
was meant. The requested instruction was that she received her
injury, if any, "by reason of" such attempt—proximate cause
again. In the instructions given the court defined proximate
cause so the jury could not fail to understand what was meant.
The burden of proof was imposed upon the plaintiff to make
out a case on her theory before she could recover, and that was
sufficient. The judgment of the district court is affirmed.